**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**ROBERT LUCIOUS TONEY**
*Reg #33777-045*                                                                                           **PETITIONER**

**V.**                          **CASE NO. 2:23-cv-00082-BSM-JTK**

**USA**                                                                                                            **RESPONDENT**

## ORDER

Before the Court is Robert Toney's Petition for Writ of Habeas Corpus. (Doc. No. 1) However, according to the Bureau of Prisons ("BOP") website, Mr. Toney is no longer located at FCI Forrest City in Forrest City, Arkansas and has been transferred to USP Leavenworth in Leavenworth, Kansas. Based on this information, Mr. Toney is directed to show cause within thirty (30) days of the date of this Order as to why this case should not be dismissed. If Mr. Toney wishes to proceed, he must provide this Court with his current contact information. Failure to comply with this Order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

Additionally, Mr. Toney has not filed a motion to proceed *in forma pauperis* or paid the $5.00 statutory filing fee. If he wishes to pursue this case, Mr. Toney must also file a request to proceed *in forma pauperis*, along with a certificate that complies with the requirements in 28 U.S.C. § 1915(a)(2), or pay the $5.00 filing fee within 30 days of this order. Failure to comply with this order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure. The Clerk of Court is hereby directed to immediately forward to Petitioner an *in forma pauperis* application along with a copy of this Order.

IT IS SO ORDERED this 24th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE