IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ROBERT LUCIOUS TONEY                                                                    PETITIONER
Reg #33777-045

v.                              CASE NO. 2:23-cv-00082-BSM

UNITED STATES OF AMERICA                                                            RESPONDENT

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 4] is adopted. Robert Toney failed to pay the $5.00 filing fee or file a motion to proceed in forma pauperis within the fourteen-day period to file objections. Toney's habeas petition [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 8th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE