IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT LUCIOUS TONEY**                                                                 **PETITIONER**
**Reg #33777-045**

v.                                     **CASE NO. 2:23-cv-00082-BSM**

**UNITED STATES OF AMERICA**                                                      **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE